614

Submitted February 8, 1982. Richard M. Serbin, for appellant; Jolene M. Grubb, for appellee.

Before BROSKY, CIRILLO and POPOVICH, JJ.

Order affirmed.

POPOVICH, J., concurred in the result.

445 A.2d 240

Commonwealth v. Brown, Appellant.

Petition for Allowance of Appeal Denied Aug. 23, 1982.

Submitted March 24, 1982. Arthur K. Dils, for appellant; William A. Behe, Deputy District Attorney for Commonwealth, appellee.

Before WICKERSHAM, ROWLEY and WATKINS, JJ.

Judgment of sentence affirmed.

445 A.2d 240

Commonwealth v. Brown, Jr., Appellant.

Petition for Allowance of Appeal Denied Sept. 15, 1982.